No. 705.   WHALEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 712.   SAMPSON v. CHURCH, DISTRICT DIRECTOR, INTERNAL REVENUE SERVICE, ET AL.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph Kovner* and *Crombie J. D. Garrett* for respondents.

No. 713.   NABORS, DOING BUSINESS AS W. C. NABORS Co., v. NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.   *Louis H. Beard* for petitioner. *Solicitor General Cox, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 714.   DONOHUE v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.   *Sydney M. Eisenberg* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *Burton Berkley* for respondent.

No. 715.   JACOBS v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.   *Edward J. Davis* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 723.   INTER-CITY TRANSPORTATION Co., INC., v. BARNES, COMMISSIONER OF TRAFFIC OF THE CITY OF NEW YORK.   Appellate Division, Supreme Court of New York, First Judicial Department.   Certiorari denied.   *Herman Horowitz* and *Murray Sendler* for petitioner.   *Leo A. Larkin* and *Seymour B. Quel* for respondent.